TRULINCS 21961014 - AGOSTO, JESUS - Unit: OTV-G-B                    17cr98

---

FROM: 21961014
TO: GB Unit
SUBJECT: ***Request to Staff*** AGOSTO, JESUS, Reg# 21961014, OTV-G-B
DATE: 07/20/2020 02:30:18 PM

To: Unit Manager
Inmate Work Assignment: Unassigned

July 20, 2020

Judge Michael P. Shea
Federal District Judge
Courtroom Two
450 Main St
Hartford, CT 06103

        Request For Appointment of Counsel for
Compassionate Release Motion under 18 U.S.C. 3582(c)(a)(A) and
First Step Act, Cares Act, and Hero's Act (Pending in Congress)

Dear judge Shea:

Sometimes in 2018 following a guilty plea for 922(g)(1) and 924(a)(2), Unlawful Possession of Fire Arm by a Convicted Felon, and Possession With Intent to Distribute 100 gms of more of Heroine in 884(a)(1), I was sentenced in this Court to a term of 121 months. As of today I have served a sentence of approx. 38 months and my release date is Feb 26, 2025.

Judge I write this letter as I am much concerned for my health and life due to the spread of Cronavirus, more so, because in spite of the prison lock down which continues to be modified every 10 days, my prison continues to find more and more cases where in inmates and officers have tested positive for Covid 19.

the reason I am concerned is because I am a Type 1, Acute Diabetic patient who has to take Insulin 2 TIMES A DAY: 50 unites of NPH in the morning and 35 units of NPH in the evening. In addition they have to check my sugar AT LEAST 2 TIMES A DAY. In addition they have to test my sugar at least 2 times a day. I also suffer from SICKLE CELL TRAIT for which periodically I get injections. Additionally, I also obese weighing 250 at the age of 30.

Judge I know I messed up and that is the reason I pled out and took full responsibility, but I am sure you would not like me to die in the prison. I have a 7 year old daughter who is very dear to me. I have very good relations with her mother. I sure will like to go back to take care of her. If released I will stay my sister Amanda Beltre at 163 Woodland Dr., Cromwell, CT 06416.

During this 38 months have not only maintained a clear disciplinary record but have done several prison programs like drug Education, Fork Lift Operator, Functional Fitness Class, Commercial Driver License, and Real Estate. I am currently enrolled in GED. Additionally I have held the following jobs: Commissary Trusty, Unit Orderly, Kitchen Tray Runner, Dish Washer, etc.

In light of above I request you to kindly appoint me a attorney who can submit a good Compassionate Release Motion to you on my behalf. I have already filed a formal request to the Warden of Otisville for him to file a Compassionate Release Motion on my behalf. However, unofficially I have been already told that my request will be rejected.

Thanking you.

Sincerely,

Jesus Agosto, #21961-014
P.O. Box 1000
Otisville, NY 10963